**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

November 21, 2007

Honorable Wayne D. Brazil
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

    Re:    <u>United States v. Aldy Antonio</u>
            CR-CR 07-70654 WDB

Your Honor:

    I am writing to request that Mr. Antonio's case be calendared for the duty calendar at 10:00 a.m. on Monday, November 26, 2007 for a bail hearing.

    Mr. Antonio is currently in custody (as of Tuesday he was at Santa Rita Jail) and he will require a Tagalog interpreter. However, in the event that an interpreter cannot be found on such short notice, we request that the hearing go forward without one so that Mr. Antonio can be released from custody as soon as possible. Thank you for your consideration.

                                   Very truly yours,

                                   BARRY J. PORTMAN
                                   Federal Public Defender

                                     /S/
                                 SHAWN HALBERT
                                 Assistant Federal Public Defender

cc: All parties (ECF)