BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALDY ANTONIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- 4 07 70654 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER MODIFYING CONDITIONS OF |
| vs. ) | PRETRIAL RELEASE |
| ) | |
| ALDY ANTONIO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Aldy Antonio resides in Hercules, California. He is fully compliant with the terms of his release, one of which restricts his travel to the Northern District of California. Mr. Antonio has been providing in-home care services in Benicia, California, for Gary Matson for the past five months. Mr. Antonio is employed by Robert Matson, a psychologist and the brother of Gary Matson. Mr. Antonio wishes to continue his employment as an in-home care provider as it is his only source of income.

      For these reasons, IT IS STIPULATED AND AGREED that Mr. Antonio's travel restriction be enlarged to include the Eastern District of California. He shall continue to abide by all existing conditions of his release, and such other conditions as Pretrial Services deems appropriate.

STIP/ORD                                                            1

1

2  Dated: January 8, 2008

/S/
_____
STEPHEN G. CORRIGAN
3  Assistant United States Attorney

4

/S/
_____
5  Date: January 7, 2008

JEROME E. MATTHEWS
6  Assistant Federal Public Defender

7

/S/
_____
8  Dated: January 7, 2008

HENCE WILLIAMS
9  U.S. Pretrial Services Officer

10

11     Good cause appearing therefor, IT IS ORDERED that the conditions of Aldy Antonio's

12  pretrial release are modified to permit him to travel within the Northern and Eastern Districts of

13  California.  Mr. Antonio shall continue to abide by the existing conditions of his release, and by

14  such other conditions as Pretrial Services deems appropriate.

15

16  Dated: January ____, 2008                    _____
                                                WAYNE D. BRAZIL
17                                              United States Magistrate Judge

STIP/ORD                        2